UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:09-CR-32 |
| | ) | (VARLAN/SHIRLEY) |
| BRYAN G. QUINTON, | ) | |
| | ) | |
| Defendant. | ) | |

## **MEMORANDUM AND ORDER**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. This matter is before the Court on defendant Bryan G. Quinton's Motion to Extend Motion Cut-Off Deadline. [Doc. 11] The defendant moves the Court to extend the motion cut-off in this matter from April 29, 2009, to May 20, 2009. As grounds, the defendant states that defense counsel's investigation into the circumstances of the case is ongoing, and that additional time is needed for counsel to fully evaluate this case and properly advise the defendant. The defendant also states that the government does not oppose the motion.

For good cause shown, the defendant's motion **[Doc. 11]** is hereby **GRANTED**. The defendant's motion deadline is extended to **May 20, 2009**, with the government's responses due on

1

or before **June 1, 2009**. If any motions are filed, the Court will take those motions up during the previously scheduled **June 2, 2009**, pre-trial conference.

  **IT IS SO ORDERED.**

                ENTER:

                 s/ C. Clifford Shirley, Jr.
                 United States Magistrate Judge